PAUL OHNEWALD et al., Copartners under the Firm Name of OHNEWALD & DENLINGER, Respondents, *v.* CRACO CONSTRUCTION CORPORATION, Appellant.

(Argued May 1, 1929; decided May 28, 1929.)

*Meyer Kraushaar, Emil Weitzner* and *Jesse Climenko* for appellant.

*Milton Hertz, A. Berton Reed* and *Sidney F. Strongin* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.